[No. 969. Decided November 29, 1893.]

JOHN MCQUILLAN, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

APPEAL — FILING OF STATEMENT — DISMISSAL.

Where a statement of facts is not filed within thirty days after
judgment, although handed to the bailiff of the court to be carried
to the clerk within the required time, the statement will be stricken.

Where there is no question involved in an appeal which is not
controlled by the statement of facts, the striking of the statement
will work a dismissal of the appeal.

*Appeal from Superior Court, King County.*

*Byers, McElwain & Byers*, for appellant.

*Preston, Albertson & Donworth*, and *James B. Howe*, for
respondent.

*Per Curiam.* — Respondent moves to strike the state-
ment of facts in this case for the reason that the same was
not filed within thirty days from the rendition of the judg-
ment.   It appears from the record, and is conceded by ap-
pellant, that the statement of facts was not filed within
thirty days from the rendition of the judgment.   The state-
ment was prepared and handed to the bailiff of the court
by appellant's attorney, to carry to the clerk, but was not
given into the possession of the clerk until five days after
the time for filing had expired, or thirty-five days after the
rendition of the judgment.   The statute provides that the
statement should be filed within thirty days from the ren-
dition of the judgment.   This not having been done, the
statement must be stricken, and as it is conceded that no
question is involved in the appeal which is not controlled
by the statement of facts, the appeal will be dismissed.